**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00424-ZLW

REGINALD LAWRENCE HARRIS,
    Plaintiff,

v.

SERGEANT (FIRST NAME UNKNOWN) GUTIERREZ (CCCF),
CAPTAIN (FIRST NAME UNKNOWN) KOLHANDER (CCCF),
STAFF OFFICER (FIRST NAME UNKNOWN) HANBY (CCCF),
STAFF OFFICER (FIRST NAME UNKNOWN) PELSTER (CCCF),
STAFF OFFICER (NAME UNKNOWN) JOHN DOE (CCCF), and
(CCCF – Crowley County Correctional Facility)
    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion for Transcripts at States [sic] Expense Appeals Complaint Procedure Order Submission" filed on May 27, 2009, is DENIED. Plaintiff's "Motion for Loan of Record on Appeal" and "Motion for Appointment of Counsel on Appeal" filed on May 27, 2009, are DENIED without prejudice to being raised in the court of appeals.

Dated: May 28, 2009

Copies of this Minute Order were mailed on May 28, 2009, to the following:

                                        s/ B. Reed
                                        Deputy Clerk